ARANOW, BRODSKY, EINHORN & DANN, Petitioner-Appellant, v. EQUITABLE OFFICE BUILDING CORPORATION, J. Donald Duncan, Trustee, and Securities and Exchange Commission, Appellees.

No. 261, Docket 21343.

United States Court of Appeals
Second Circuit.

June 1, 1949.

Aranow, Brodsky, Einhorn & Dann, New York City, pro se (Edward Ross Aranow, New York City, and Herbert J. Brown, New York City, of counsel), for petitioner-appellant.

Henry S. Hooker, New York City, for the trustee.

Roger S. Foster, General Counsel, Washington, D. C., George Zolotar, Special Counsel, New York City, and David Ferber, Special Counsel, Philadelphia, Pa. (Myer Feldman, Philadelphia, Pa., and Frederick T. Finnigan, New York City, of counsel), for the Securities and Exchange Commission.

T. Roland Berner, New York City, for certain stockholders.

Douglass Newman, New York City (Irving L. Schanzer, New York City, of counsel), Harry E. Miller and McNamara & Seymour, and Olin, Murphy & Redmond, and McDermott, Turner & Hart, and Gerdes & Montgomery, and Hardy, Stancliffe & Hardy, and Emanuel Redfield, and Scribner & Miller, and Wagner, Quillinan, Wagner & Tennant, and Buehter, Rathheim, Abrams & Hoffman, and Reeves, Todd, Ely & Beaty, and Herman B. Zipser, and Simpson, Thacher & Bartlett, and Greenbaum, Wolff & Ernst, and Sherpick, Gilbert, Regan & Davis, and Carb, Reichman & Luria, and Brower, Brill, Ennis & Gangel, and Wickes, Riddell, Bloomer, Jacobi & McGuire, all of New York City, for debtor.

Before CHASE, CLARK, and DOBIE, Circuit Judges.

PER CURIAM.

Judgment affirmed on opinion below, 83 F.Supp. 531.